No. 251, Misc. POLLACK v. ASPBURY ET AL. C. A. 2d Cir. Certiorari denied.

No. 252, Misc. HODGES v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari.denied.

No. 253, Misc. MILLS v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Department. Certiorari denied.

No. 273, Misc. SUTTLES ET AL. v. DAVIS, COMMANDANT, U. S. DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied. *Thomas Homer Davis* and *Elisha Scott* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 47, Misc. SCALF v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.

No. 130. INTERNATIONAL HARVESTER Co. v. MINNESOTA, *ante,* p. 853;
No. 88, Misc. DEFOE v. NATIONAL CAPITAL BANK, *ante,* p. 847;
No. 109, Misc. DEFOE v. NATIONAL CAPITAL BANK, *ante,* p. 849; and
No. 215, Misc. STINCHCOMB v. CALIFORNIA ET AL., *ante,* p. 879. Petitions for rehearing denied.